472 A.2d 267

Commonwealth v. Johnson, Appellant.

Submitted October 4, 1983. Silvio Fausto Modafferi, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, WIEAND and LIPEZ, JJ.

Judgment of sentence is affirmed.